# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL DAVID HISSUNG, | ) | 3:15-cv-00304-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 1, 2016 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Relief of Transcript of Negotiations Prior to Settlement Memorialization." (ECF No. 21.)  Plaintiff acknowledges receipt of a copy of the Transcript of the Early Mediation Conference (EMC) held on April 19, 2016.  However, he complains that the court's order for preparation of a transcript did not have any limitation to provide only the formal entry of the negotiated settlement.  He therefore requests that portion of the video conference negotiations. (*Id.*)

Plaintiff is advised that in all early mediation conferences the only recorded portion of that confidential mediation is the memorialization of the negotiated settlement and the parties' agreement as to the terms of the settlement. The negotiation portion of the EMC is not recorded. Plaintiff's motion for relief (ECF No. 21) is therefore **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk