# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL DAVID HISSUNG, | CASE NO.: 3:15-CV-00304-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER** |
| ROMEO ARANAS, *et al.,* | |
| Defendant. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF #30[1]) entered on August 30, 2016, recommending that the Court grant Defendants' Motion to Enforce the Settlement Agreement (ECF #15) and deny Plaintiff's motions (ECF Nos. 10, 11, 16, 19 & 27). On September 12, 2016 Plaintiff filed Objections to Magistrate Judge's Report and Recommendation (ECF #31).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#30) entered on August 30, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiff's motions (ECF Nos. 10, 11, 16, 19) are DENIED and motion (ECF #27) is DENIED as MOOT.

IT IS FURTHER ORDERED that Defendants' Motion to Enforce the Settlement Agreement (ECF #15) is GRANTED.

IT IS SO ORDERED this 22nd day of September, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.