**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL DAVID HISSUNG,           )
     Plaintiff,                                )
     v.                                            )     3:15-cv-00304-RCJ-WGC
ROMEO ARANAS et al.,                   )     **ORDER**
     Defendants.                           )
_____ )

**I.  DISCUSSION**

On September 22, 2016, this Court adopted the report and recommendation of the U.S. Magistrate Judge and granted Defendants' motion to enforce the settlement agreement. (ECF No. 32). In light of the settlement agreement, the Court denied Plaintiff's application to proceed *in forma pauperis* as moot. (ECF No. 36).

Plaintiff now files a motion for the Court to correct its error in denying Plaintiff's application to proceed *in forma pauperis* as moot. (ECF No. 38). The Court denies this motion to correct. In a previous order, the Court explained that a decision on the application to proceed *in forma pauperis* was deferred in order to give the parties an opportunity to settle their dispute before the $350 filing fee was paid. (ECF No. 6 at 2). The Court explained that if Plaintiff did not settle his case during the stay, the Court would process the application to proceed *in forma pauperis* and Plaintiff would be required to pay the full $350 filing fee. (*Id.* at 3). In this case, Plaintiff and Defendants settled their case and, thus, the Court correctly denied the application to proceed *in forma pauperis* as moot to prevent Plaintiff from paying the $350 filing after settlement.

///

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion to correct error (ECF No. 38) is denied.

Dated: This 16th day of February, 2017.

_____
United States District Judge